UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-9138-CAS (OP) | Date | February 4, 2011 |
|---|---|---|---|
| Title | Curtis Daryle Tinsley v. Francisco Quintana | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | | |
|---|---|---|---|
| Maynor Galvez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:
         None                                None

**Proceedings:**      IN CHAMBERS:   ORDER TO SHOW CAUSE

On November 24, 2010, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241.  On December 3, 2010, the Court issued an order dismissing the petition with leave to amend.  Petitioner's First Amended Petition (FAP) was due January 7, 2011.  To date, the Court has not received the FAP.

Accordingly, Petitioner is ordered to show cause no later than March 11, 2011, why this case should not be dismissed for failure to prosecute.  Filing of Petitioner's FAP on or before March 11, 2011, shall be deemed compliance with this Order to Show Cause.  Petitioner's failure to file a FAP by March 11, 2011, shall result in the Court recommending that this action be dismissed.

**IT IS SO ORDERED.**

cc:  All Parties of Record

                                                                    _____ : _____
                                       Initials of
                                       Preparer         MG