```
Priority     ___
Send         ___
Enter        ___
Closed       ___
JS-5/JS-6    ✓
JS-2/JS-3    ___
Scan Only    ✓
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS DARYLE TINSLEY, | Case No. CV 10-9138-CAS (OP) |
| Petitioner, | J U D G M E N T |
| v. | |
| FRANCISCO QUINTANA, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: April 4, 2011

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge